May 22, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.F., J.F., L.F., CHILDREN

NO. 14-12-00257-CV

————————————————

       This cause, an appeal from the judgment terminating parental rights, signed February 22, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We further order this decision certified below for observance.

       We further order the mandate be issued immediately.